In re:                                                                    Case No. 16-03836-RNO
Nathan Tyler Guise                                                        Chapter 13
Ashley L. Guise
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRadginsk              Page 1 of 2              Date Rcvd: Oct 31, 2016
                               Form ID: ntcnfhrg            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2016.
```
db/jdb         +Nathan Tyler Guise,    Ashley L. Guise,    2918 Milky Way,    Dover, PA 17315-4571
4833971        +AR Resources,    1777 Sentry Pkwy. W,    Blue Bell, PA 19422-2206
4833972         Bank of America,    po box 15019,    Wilmington, DE 19886-5019
4833973        +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
4833975         CAC Financial Corp,    2601 NW Expressway,    Suite 1000 East,    Oklahoma city, OK 73112-7236
4838890        +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
4833978        +Department of Education Navient,    po box 9635,    po box 9500,    wilkes barre, PA 18773-9500
4833979        +Diana Hutchinson,    2956 smoketown rd,    fayetteville, PA 17222-9742
4833980         Direct TV,    po box 5007,    carol stream, IL 60197-5007
4833983        +Financial Recoveries,    200 E Park DR. Suite 100,    Mount Laurel, NJ 08054-1297
4833986        +Gettysburg Hospital Wellspan,    147 gettys st,    gettysburg, PA 17325-2536
4833988         Hershey Medical Center,    po box 854,    mail code a410,    hershey, PA 17033-0854
4833990         M & T Bank,    p.o box 62986,    Baltimore, MD 21264-2986
4833994         Navient Private Loan Trust,    po box 9640,    wilkes-barre, PA 18773-9640
4834001         PSECU,    1 credit union place,    po box 67012,    harrisburg, PA 17106-7012
4833998         Paypal Credit,    po box 105658,    atlanta, GA 30348-5658
4834003        +Renew Financial AFC First,    1005 brookside rd,    Suite 200 ,po box 3558,
                 allentown, PA 18106-9028
4834007        +Trojan Professional Services,    4410 W Cerritos Ave,    Los Alamitos, CA 90720-2549
4834008         US Department of Education,    po box 3661,    harrisburg, PA 17105-3661
4834009         USA Funds,    po box 6028,    indianapolis, IN 46206-6028
4834011        +York Hospital,    1001 s george st,    york, PA 17403-3645
4833974        +bureau of account management,    3607 rosemont avenue,    suite 502 po box 8875,
                 camp hill, PA 17011-6904
4833977         citizens one auto financial,    po box 42113,    providence, RI 02940-2113
4833984         financial recoveries,    po box 1388,    mt laurel, NJ 08054-7388
4833991         memorial hospital,    1605 valley center pkwy,    suite 200,    bethlehem, NJ 18017-2345
4833992         memorial hospital,    1605 valley center pkwy,    suite 200,    bethlehem, PA 18017-2345
4833995         pa emergency physicians,    po box 975213,    dallas, TX 75397-5213
4833996         pasi,    po box 188,    brentwood, TN 37024-0188
4833999         penn credit,    916 s 14th st,    po box 988,    harrisburg, PA 17108-0988
4834006        +synchrony bank lowes credit card,    200 crossing blvd,    bridgewater, NJ 08807-2861
4834010        +verizon wireless,    po box 142589,    austin, TX 78714-2589
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2016 19:39:21
                 Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
4833976         E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2016 19:39:18     Care Credit Synchrony Financial,
                 po box 960061,    orlando, FL 32896-0061
4833981         E-mail/Text: mrdiscen@discover.com Oct 31 2016 19:36:46     Discover Card,    po box 3008,
                 new albany, OH 43054-3008
4836165         E-mail/Text: mrdiscen@discover.com Oct 31 2016 19:36:46     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4844345         E-mail/Text: camanagement@mtb.com Oct 31 2016 19:36:58     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4845214         E-mail/PDF: pa_dc_litigation@navient.com Oct 31 2016 19:39:21
                 Navient Solutions, Inc. on behalf of    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4834000         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2016 19:48:04
                 portfolio recovery associates,    120 corporate blvd,    norfolk, VA 23502
4834002        +E-mail/Text: bankruptcynotices@psecu.com Oct 31 2016 19:37:27     PSECU,    1 credit union pl,
                 harrisburg, PA 17110-2912
4834267         E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2016 19:39:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4834004         E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2016 19:39:05     Sams Club Synchrony bank,
                 po box 530942,    atlanta, GA 30353-0942
4833987        +E-mail/Text: baugherj@hanoverhospital.org Oct 31 2016 19:36:47     hanover hospital,
                 300 highland ave.,    hanover, PA 17331-2203
4834005         E-mail/Text: bankruptcy@sw-credit.com Oct 31 2016 19:37:07     southwest credit,
                 4120 international pkwy,    suite 1100,    carroliton, TX 75007-1958
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4833982*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court:   Discover Card,    po box 3008,    new albany, OH 43054-3008)
4833989*        Hershey Medical Center,    po box 854,    mail code a410,    hershey, PA 17033-0854
4834012*       +York Hospital,    1001 s george st,    york, PA 17403-3645
4834013*       +York Hospital,    1001 s george st,    york, PA 17403-3645
4834014*       +York Hospital,    1001 s george st,    york, PA 17403-3645
4834015*       +York Hospital,    1001 s george st,    york, PA 17403-3645
4834016*       +York Hospital,    1001 s george st,    york, PA 17403-3645
```

```
District/off: 0314-1           User: PRadginsk              Page 2 of 2                   Date Rcvd: Oct 31, 2016
                               Form ID: ntcnfhrg            Total Noticed: 43
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
4834017*       +York Hospital,    1001 s george st,    york, PA 17403-3645
4833985*        financial recoveries,    po box 1388,    mt laurel, NJ 08054-7388
4833993*       +memorial hospital,    1605 valley center pkwy,    suite 200,    bethlehem, PA 18017-2345
4833997*        pasi,   po box 188,    brentwood, TN 37024-0188
                                                                                        TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Joint Debtor Ashley L. Guise Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              Stephen Wade Parker    on behalf of Debtor Nathan Tyler Guise Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Nathan Tyler Guise | Chapter | 13 |
| Ashley L. Guise | | |
| fka Ashley Lynn Kinard | Case No. | 1:16−bk−03836−RNO |
| Debtor(s) | | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **November 30, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 7, 2016<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRadginsk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2016 |