UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATHAN TYLER GUISE and ASHLEY L. GUISE<br>Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>: |
| vs. | :<br>: |
| NATHAN TYLER GUISE and ASHLEY L. GUISE<br>Respondent(s) | :<br>:<br>: CASE NO. 1-16-bk-03836 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 6th day of December, 2016, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about November 7, 2016 be withdrawn, as all issues have been resolved.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

AND NOW, this 6th day of December, 2016, I hereby certify that I have served the within Motion by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Stephen Wade Parker, Esquire
230 York Street
Hanover, PA 17331

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee