```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 16-03836-RNO
Nathan Tyler Guise                                                Chapter 13
Ashley L. Guise
        Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: PRadginsk           Page 1 of 1           Date Rcvd: Dec 07, 2016
                               Form ID: orcnfpln         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db             +Nathan Tyler Guise,   2918 Milky Way,   Dover, PA 17315-4571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Joint Debtor Ashley L. Guise Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              Stephen Wade Parker    on behalf of Debtor Nathan Tyler Guise Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Nathan Tyler Guise | Chapter | 13 |
| Ashley L. Guise | | |
| fka Ashley Lynn Kinard | Case No. | 1:16−bk−03836−RNO |

Debtor(s)

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on September 16, 2016. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: December 7, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk