```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 16-03836-HWV
Nathan Tyler Guise                                          Chapter 13
Ashley L. Guise
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: PRadginsk           Page 1 of 1         Date Rcvd: Mar 13, 2018
                              Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4872714        +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 19:07:26     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 2 Ashley L. Guise Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Nathan Tyler Guise Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-03836-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Nathan Tyler Guise
2918 Milky Way
Dover PA 17315

Ashley L. Guise
2918 Milky Way
Dover PA 17315

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2018.

Name and Address of Alleged Transferor(s):

Claim No. 11: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541

Name and Address of Transferee:

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262
eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/15/18

Terrence S. Miller
**CLERK OF THE COURT**