BL9522571

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

In Re:     ASHLEY L GUISE            Chapter: 13
            NATHAN TYLER GUISE      Bankruptcy No: 1:16-03836-HWV

## WITHDRAWAL OF CLAIM

eCAST Settlement Corporation, by and through its counsel, withdraws its Proof of Claim Number 11 filed on January 11th, 2017, for account number 6912 and in the amount of $90.20.

Respectfully submitted,

By: /s/ Gregory P Deegan

Gregory P Deegan, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:       6/25/2019