# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| NATHAN TYLER GUISE | Case No.: 1-16-03836-HWV |
| ASHLEY L. GUISE | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 9730/PRE ARREARS/2918 MILKY WAY |
| Property Address if applicable: | 2918 MILKY WAY, DOVER, PA  17315 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $407.00 |
| b. | Prepetition arrearages paid by the Trustee: | $139.65 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $139.65 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 9, 2019                        Respectfully submitted,

                                         s/ Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         Fax:  (717) 566-8313
                                         eMail:  dehartstaff@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 04

```
    CLM #   CHECK #      DATE       PRIN PAID     INT PAID    TOTAL DISB

    5200    1198006    02/07/2019     $100.80       $0.00       $100.80
    5200    1199234    03/12/2019     $139.65       $0.00       $139.65
    5200    0          03/12/2019    $-100.80       $0.00      $-100.80
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
NATHAN TYLER GUISE
ASHLEY L. GUISE
    Debtor(s)

Case No.: 1-16-03836-HWV
Chapter 13

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 9, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY AND ASSOCIATES, PC<br>230 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 840<br>BUFFALO, NY, 14240-0840 | SERVED BY 1ST CLASS MAIL |
| NATHAN TYLER GUISE<br>ASHLEY L. GUISE<br>PO BOX 241<br>BENDERSVILLE, PA 17306-0241 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 9, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com