In re:                                                          Case No. 16-03836-HWV
Nathan Tyler Guise                                              Chapter 13
Ashley L. Guise
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PamelaRad      Page 1 of 1          Date Rcvd: Dec 19, 2019
                              Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db/jdb        #+Nathan Tyler Guise,   Ashley L. Guise,   2918 Milky Way,   Dover, PA 17315-4571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Stephen Wade Parker   on behalf of Debtor 2 Ashley L. Guise Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Stephen Wade Parker   on behalf of Debtor 1 Nathan Tyler Guise Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Thomas I Puleo   on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | | |
|---|---|---|---|
| Nathan Tyler Guise, | | Chapter | 13 |
| **Debtor 1** | | | |
| Ashley L. Guise,<br>fka Ashley Lynn Kinard, | | Case No. | 1:16–bk–03836–HWV |
| **Debtor 2** | | | |

Social Security No.:

        xxx–xx–4577        xxx–xx–3191

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 19, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)